UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VISION FILMS, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV20 RWS |
| ) | |
| DOES 1-30, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for leave to take discovery prior to Rule 26(f) conference. The motion will be denied without prejudice for failure to provide a proposed order for the Court's consideration and signature. All future motions shall include a proposed order as an exhibit to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave [#3] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2013.