UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VISION FILMS, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DOES 1-30, ) <br> ) <br> Defendants. ) | Case No. 4:13CV20 RWS |

**MEMORANDUM AND ORDER**

This matter is before me on plaintiff's second motion for leave to take discovery prior to Rule 26(f) conference. The first motion was denied without prejudice for failure to provide a proposed order for the Court's consideration and signature. In response, plaintiff simply attached a one-line "this motion is granted" proposed order to its second motion. The Court is not going to sign such a broad Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a Proposed Protective Order defining the scope and parameters of the expedited discovery sought by **January 22, 2013**. Plaintiff shall review the Protective Orders entered in <u>Xpays, Inc. V. Does 1-18</u>, Cause No. 4:12 CV1405 RWS (E.D. Mo. Aug. 20, 2012), <u>West Coast Productions, Inc. v. Swarm Sharing Hash Files 25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, et al.</u>, No. 4:12CV748 and <u>Digital Sin, Inc. v. John Does 1-176</u>, No. 12-CV-126, 2012 WL

263491, at *6 (S.D.N.Y. Jan. 30, 2012), as examples of what the Court expects plaintiff to file. The motion will be denied if plaintiff does not comply with this Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2013.