UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VISION FILMS, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13CV20 RWS |
| | ) |
| DOES 1-30, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on two pro se motions objecting to the disclosure of the personal information of Does 4 and 19 in this case. Plaintiffs are entitled to identifying information about these two Doe defendants, so the objections will be overruled. However, plaintiff shall not disclose these (or any other) Does' identities in any court filings absent further order of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the pro se objections filed by John Doe defendants [#10 and #11] are denied as set out above.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2013.